PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:99CR00424-05** |
| ) | |
| **Jason Mathew ABNEY** ) | |
| ) | |

On September 10, 2004, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA
Supervising United States Probation Officer**

Dated:   October 17, 2007
             Roseville, California
             rae:cd

**Re:  Jason Mathew ABNEY**
   **Docket Number:  2:99cr00424-05**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Jason Mathew ABNEY be discharged from Supervised Release, and that the proceedings in the case be terminated.

Date:  November 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


rae:cd
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Docket Number:** 2:99CR00424-05 |
| ) | |
| **Jason Mathew ABNEY** ) | |
| ) | |

**LEGAL HISTORY:**

On February 28, 2001, the above-named was placed on Supervised Release for a period of 5 years, which commenced on September 10, 2004. Special conditions included a requirement for warrantless search, drug treatment, testing, and co-payment; and pager/cellular phone restrictions. A $3,000 fine, and $100 special assessment have been paid in full.

**SUMMARY OF COMPLIANCE:**

Mr. Abney has complied with all standard and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

**Re:    Jason Mathew ABNEY**
**       Docket Number:   2:99CR00424-05**
**       RECOMMENDATION TERMINATING**
**       <u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**


Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

Dated:    October 17, 2007
          Roseville, California
          rae:cd

cc:    AUSA Mary Grad (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)